United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAYER2 COMMUNICATIONS INC | No. C-13-02131-DMR |
| Plaintiff(s), | **ORDER RE PROPOSED PROTECTIVE ORDER** |
| v. | |
| FLEXERA SOFTWARE LLC, | |
| Defendant(s). | |

Before the court is the parties' stipulated proposed Protective Order. [Docket No. 20.] The parties are ordered to revise the proposed Protective Order to comply with the procedures in this court's Standing Order re Discovery, including modifying Section 6 to track the procedures in the Standing Order, by no later than **September 6, 2013.**

IT IS SO ORDERED.

Dated: August 27, 2013

DONNA M. RYU
United States Magistrate Judge