**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAYER2 COMMUNICATIONS INC,

        Plaintiff(s),

    v.

FLEXERA SOFTWARE LLC,

        Defendant(s).

_____/

No. C-13-02131 DMR

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

      The Case Management Conference previously scheduled for May 21, 2014 has been CONTINUED to **May 22, 2014 at 11:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than **May 14, 2014.**

      IT IS SO ORDERED.

Dated:  April 30, 2014

_____
DONNA M. RYU
United States Magistrate Judge