UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAYER2 COMMUNICATIONS INC, | No. C-13-02131 DMR |
| Plaintiff(s), | **ORDER DENYING EX PARTE DISCOVERY LETTERS FILED BY PLAINTIFF [DOCKET NOS. 78, 79] WITHOUT PREJUDICE** |
| v. | |
| FLEXERA SOFTWARE LLC, | |
| Defendant(s). | |

Before the court are two letters filed ex parte by Plaintiff concerning discovery disputes with Defendant. [Docket No. 78, 79.] Both letters are **denied without prejudice.**

The parties shall meet and confer **in person or by telephone** and shall file a joint discovery letter of no more than 10 pages total by **June 20, 2012 at 12:00 p.m.** The joint discovery letter may include an exhibit as permitted by this court's standing order on discovery. The joint discovery letter shall address all discovery disputes raised in Docket Nos. 78 and 79.

IT IS SO ORDERED.

Dated: June 16, 2014

DONNA M. RYU
United States Magistrate Judge