**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAYER2 COMMUNICATIONS, INC., | No. C-13-02131-DMR |
| Plaintiff, | **REFERRAL ORDER FOR ADR PHONE CONFERENCE** |
| v. | |
| FLEXERA SOFTWARE, LLC, | |
| Defendant. | |

The above case matter is referred for ADR phone conference which shall take place at ADR's earliest convenience.

IT IS HEREBY ORDERED.

Dated: 7/17/14

_____
DONNA M. RYU
United States Magistrate Judge

cc: ADR Dept.